Quigley Company, Inc., respondent,

*v.*

Asbestos Limited, Inc., appellant.

[Decided May 3d, 1946.]

*Mr. Max L. Rosenstein,* for the appellant.

*Mr. George L. Burton* (*Mr. Morris Spritzer,* of counsel), for the respondent.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the Court below by Vice-Chancellor Fielder and printed in *23 N. J. Mis. R. 301.*

*For affirmance*—The Chief-Justice, Parker, Bodine, Donges, Heher, Perskie, Oliphant, Wells, Rafferty, Dill, McGeehan, JJ. 11.

*For reversal*—None.